

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-11-2009

# USA v. Kevin Sirman

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-3050

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Kevin Sirman" (2009). *2009 Decisions.* Paper 1877.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1877

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

NO. 08-3050

UNITED STATES OF AMERICA

v.

KEVIN B. SIRMAN,
Appellant

On Appeal From the United States
District Court
For the District of Delaware
(D.C. Crim. Action No. 1-07-cr-00142-001)
District Judge:  Hon. Sue L. Robinson

Submitted Pursuant to Third Circuit LAR 34.1(a)
February 2, 2009

BEFORE:  McKEE and STAPLETON, *Circuit Judges*,
and IRENAS,* *District Judge*

(Filed: February 11, 2009)

*Hon. Joseph E. Irenas, Senior United States District Judge for the District of New
Jersey, sitting by designation.

OPINION OF THE COURT

STAPLETON, Circuit Judge:

Appellant Kevin Sirman pled guilty to wire fraud and was sentenced to twelve months and one day of incarceration followed by three years of supervised release. This appeal followed.

Sirman's counsel has filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967).

I.

We have reviewed the record, and we agree with counsel for the government and Sirman that there are no non-frivolous issues presented by this appeal. Specifically, there are no non-frivolous issues with respect to the denial of Sirman's motion for a downward departure under U.S.S.G. § 5K2.13[1] or with respect to the reasonableness of his sentence.[2]

II.

We are satisfied that Sirman's counsel has adequately fulfilled the requirements of

---

[1]We have no jurisdiction to review discretionary denials of departure motions in calculating Guidelines sentencing ranges. *United States v. Batista*, 483 F.3d 193, 199 (3d Cir. 2007);
*United States v. Jackson*, 467 F.3d 834, 839 (3d Cir. 2006).

[2]The record establishes that the sentence was procedurally reasonable, and the sentence imposed was the result of a nearly 15 month variance below the bottom of the Guidelines range.

Rule 109.2, and his motion to withdraw will be granted. The issues presented in this appeal lack legal merit and thus do not require the filing of a petition for a writ of certiorari with the Supreme Court.

## III.

The judgment of the District Court will be affirmed.